UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TIMOTHY WASHINGTON, LEO LEWIS, KENDRICK WOODS, DONALD CAREY, DEMETRIUS MIXON and KELVIN HARRELL, Individually and On Behalf of All Others Similarly Situated,

           Plaintiffs,

-against-

APPLE TRANSPORTATION OF N.Y., INC. and IVAN G. CARRENO,

           Defendants.

---

12 Civ. 05149 (ENV) (SMG)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ECF CASE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice with respect to Plaintiffs and without any award of attorneys' fees, costs or other relief to either party.

IT IS FURTHER STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their counsel, that this Court shall retain jurisdiction over the interpretation and implementation of the terms of the Settlement Agreement and Release between the parties.

IT IS FURTHER STIPULATED AND AGREED, this stipulation may be signed in counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

LIPMAN & PLESUR LLP

*Lizabeth Schalet* (signature)

Lizabeth Schalet
schalet@lipmanplesur.com
David A. Robins
robins@lipmanplesur.com
*Attorneys for Plaintiffs*
500 North Broadway, Suite 105
Jericho, NY 11753
Telephone: (516) 931-0050
Facsimile: (515) 931-0030

Dated: Jericho, New York
~~December 25~~, 2014
January

SO ORDERED:

/S/ USDJ VITALIANO

LAW OFFICE OF JAMES F. MATTHEWS

*James F. Matthews* (signature)

James F. Matthews
jmatthewslaw@aol.com
*Attorney for Defendants*
191 New York Avenue
Huntington, NY 11743
Telephone: (631) 631-673-7555
Facsimile: (631) 631-425-7030

Dated: Huntington, New York
December 3, 2014

The Clerk is directed to close this case.

FEB 2 7 2015